# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-17-PLA | Date | May 18, 2011 |
|---|---|---|---|
| Title | Ryan Bridges v. Capital Management Services, L.P. | | |

| Present: The Honorable | Paul L. Abrams, United States Magistrate Judge |
|---|---|
| Christianna Howard | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) is ordered to show cause in writing no later than **June 1, 2011**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

- Proof of service of summons and complaint.

- Answer by the defendant(s), or plaintiff's request for entry of default.

- Plaintiff's filing of an application to the clerk to enter default judgment or filing of a noticed motion for entry of default judgment.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-17-PLA | Date | May 18, 2011 |
|---|---|---|---|
| Title | Ryan Bridges v. Capital Management Services, L.P. | | |

Initials of Deputy Clerk  ch